UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CONGYU XU, et al., | Case No. 2:26-CV-00769-RSM |
| Plaintiffs, | STIPULATED MOTION AND ORDER |
| v. | FOR EXTENSION OF TIME TO |
| U.S. DEPARTMENT OF STATE, et al., | RESPOND TO MOTION |
| Defendants. | |

**JOINT STIPULATION**

The Parties, through undersigned counsel, jointly file this stipulation, asking the Court to extend the deadline for the filing of Plaintiffs' response to Defendants' motion until June 15, 2026, and Defendants' reply until June 29, 2026.

Plaintiffs filed the Complaint on March 6, 2026, and Defendants filed a Motion to Dismiss on May 18, 2026.  Plaintiffs' current deadline to respond is June 1, 2026. The Parties have agreed to extend Plaintiffs' deadline until June 15, 2026, as Plaintiffs are gathering additional information to fully respond to the dispositive motion. Further, the Parties have agreed to extend Defendants' reply deadline until June 29, 2026. Therefore, the Parties submit there is good cause for a brief extension of Plaintiffs' time to respond to the Defendants' motion, and Defendants' time to file their reply.

STIPULATED MOTION AND ORDER FOR
EXTENSION OF TIME TO RESPOND TO MOTION - 1

**SO STIPULATED.**


DATED May 28, 2026.

Respectfully submitted,

_s/ Nicholas Power_                          _s/ Kyle A. Forsyth_
Nicholas Power, WSBA No. 45974          KYLE. A. FORSYTH, WSBA No. 34609
The Law Office of Nicholas Power, PLLC   Assistant United States Attorney
540 Guard St. Ste. 150                   United States Attorney's Office
Friday Harbor, WA 98250                  Western District of Washington
Phone: 360.298.0464                      700 Stewart Street, Suite 5220
Email: nickedpower@gmail.com             Seattle, Washington 98101-1271
                                         Phone:  206-553-7970
_s/ Christina S. Castro_                  Fax:    206-553-2422
Christina S. Castro                      Email:  kyle.forsyth@usdoj.gov
Hacking Immigration Law, LLC
10121 Manchester Road, Suite A           _Attorney for Defendants_
St. Louis. MO 63122
(O) 314.961.8200
(F) 314.961.8201
(E) csullivan@hackingimmigrationlaw.com

_Attorneys for Plaintiff_

I certify that this memorandum contains 131
words, in compliance with the Local Civil Rules.

STIPULATED MOTION AND ORDER FOR
EXTENSION OF TIME TO RESPOND TO MOTION - 2

**ORDER**

It is hereby ORDERED that the parties' motion is GRANTED.  Plaintiffs shall file their Response by June 15, 2026, and Defendants may file their reply by June 29, 2026.

DATED this _____29th_____ day of _____May_____ 2026.


_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER FOR
EXTENSION OF TIME TO RESPOND TO MOTION - 3